

Entered on Docket
December 13, 2010

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2, its assignees and/or successors and the servicing agent AMERICAS SERVICING COMPANY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-25736-mkn |
| | ) |
| Bradley Burdick, | ) Chapter 13 |
| Shannon Burdick, | ) |
| | ) DATE: 11/24/10 |
| Debtors. | ) TIME:   01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |

    The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                               M&H File No. NV-10-34482
                                                                  10-25736-mkn

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1208 Grove Park Street, Henderson, NV 89015.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

Secured Creditor shall rescind any existing Notice of Default as against the subject property, and should it proceed with foreclosure activity, cause a new Notice of Default to be recorded with the applicable County Recorder's Office.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Sherry A. Moore*
Sherry A. Moore, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Emailed 11/24/10-no response received*
David Krieger, Esq.
1020 Garces Avenue
Las Vegas, NV 89101
(702) 880-5554

Approved/Disapproved

*Upload Under 9021-11/29/10*
Rick A. Yarnall
701 Bridger Avenue, #820
Las Vegas, NV 89101

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: David Krieger – Emailed 11/24/10 – no response received

Unrepresented parties appearing: None

Trustee: Rick A. Yarnall – Upload Under 9021 – 11/29/10

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/Sherry A. Moore
Sherry A. Moore, Esq.

### 

*Rev. 12.09*                                                                M&H File No. NV-10-34482
                                                                            10-25736-mkn